IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Womack, Anthony D

Printed: 11/13/07

Case Number: 07 B 04124
Judge: Squires, John H

Filed: 3/8/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 3, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 930.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 879.78 |
| Trustee Fee: |  | 50.22 |
| Other Funds: |  | 0.00 |
| Totals: | 930.00 | 930.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Starks & Boyd PC | Administrative | 1,674.00 | 879.78 |
| 2. | Corporate America Family CU | Secured | 0.00 | 0.00 |
| 3. | Chicago Fire Officers Assoc | Secured | 0.00 | 0.00 |
| 4. | Internal Revenue Service | Priority | 9,200.32 | 0.00 |
| 5. | Chicago Firefighters CU | Unsecured | 159.42 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 9.94 | 0.00 |
| 7. | Hand & Plastic Surgery Assoc. | Unsecured | 178.50 | 0.00 |
| 8. | Chicago Fire Officers Assoc | Unsecured | 509.84 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 6.56 | 0.00 |
| 10. | Internal Revenue Service | Unsecured | 1,455.81 | 0.00 |
| 11. | City of Austin | Unsecured | 192.53 | 0.00 |
| 12. | Peoples Energy Corp | Unsecured | 201.53 | 0.00 |
| 13. | Chicago Firefighters CU | Unsecured | 756.20 | 0.00 |
| 14. | Baptist Medical Center | Unsecured |  | No Claim Filed |
| 15. | Accelerated Rehab Centers | Unsecured |  | No Claim Filed |
| 16. | Advocate Christ Hospital | Unsecured |  | No Claim Filed |
| 17. | Austin Regional Clinic | Unsecured |  | No Claim Filed |
| 18. | Austin Regional Clinic | Unsecured |  | No Claim Filed |
| 19. | Baptist Medical Center | Unsecured |  | No Claim Filed |
| 20. | Christ Medical Center | Unsecured |  | No Claim Filed |
| 21. | Baptist Medical Center | Unsecured |  | No Claim Filed |
| 22. | Baton Rouge Cardiology | Unsecured |  | No Claim Filed |
| 23. | Baptist Medical Center | Unsecured |  | No Claim Filed |
| 24. | Baptist Medical Center | Unsecured |  | No Claim Filed |
| 25. | Baptist Medical Center | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Womack, Anthony D | Case Number: 07 B 04124 |
|---|---|---|
| | | Judge: Squires, John H |
| | Printed: 11/13/07 | Filed: 3/8/07 |

| | | | |
|---|---|---|---|
| 26. | Oaklawn Radiologist | Unsecured | No Claim Filed |
| 27. | Capital Anesthesiology AS | Unsecured | No Claim Filed |
| 28. | Conway Regional | Unsecured | No Claim Filed |
| 29. | Clinical Pathology Laboratory | Unsecured | No Claim Filed |
| 30. | Emergency Medical Associates | Unsecured | No Claim Filed |
| 31. | Louisiana Woman's | Unsecured | No Claim Filed |
| 32. | Emergency Medical Associates | Unsecured | No Claim Filed |
| 33. | Midwest Diagnostic Pathology, SC | Unsecured | No Claim Filed |
| 34. | Parkview Orthopaedic Group | Unsecured | No Claim Filed |
| 35. | AT&T Wireless | Unsecured | No Claim Filed |
| 36. | Superior Air - Ground Ambulance | Unsecured | No Claim Filed |
| 37. | Talk America | Unsecured | No Claim Filed |
| 38. | Conway Regional | Unsecured | No Claim Filed |

```
                                                                 _____          _____
                                                                 $ 14,344.65         $ 879.78
```

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 50.22 |
| | _____ |
| | $ 50.22 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_